943 So.2d 1025 (2006)
Tyrone BURROUGH, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D05-2074.
District Court of Appeal of Florida, Third District.
December 20, 2006.
Bennett H. Brummer, Public Defender, and Robert Kalter, Assistant Public Defender, for appellant.
Charles J. Crist, Jr., Attorney General, and Robin F. Hazel, Assistant Attorney General, for appellee.
Before FLETCHER and CORTIÑAS, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Moore v. State, 701 So.2d 545, 548-49 (Fla.1997), cert. denied, 523 U.S. 1083, 118 S.Ct. 1536, 140 L.Ed.2d 685 (1998); Rodriguez v. State, 906 So.2d 1082, 1091 (Fla. 3d DCA 2004), affirmed, 920 So.2d 624 (Fla.2005); Jean v. State, 789 So.2d 550, 550-51 (Fla. 3d DCA 2001); Slocum v. State, 757 So.2d 1246, 1250-51 (Fla. 4th DCA 2000), cause dismissed, 814 *1026 So.2d 441 (Fla.2002), cert. denied, 537 U.S. 924, 123 S.Ct. 316, 154 L.Ed.2d 214 (2002); Bauta v. State, 698 So.2d 860, 862-63 (Fla. 3d DCA 1997), review denied as improvidently granted, 717 So.2d 528 (Fla.1998).